FILED'08 MAR 17 12:42USDC-ORM

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

ROGER KENNETH CHASE ,                                    Civil No. 06-6290-CL

       Plaintiff,                                            **JUDGMENT**

    v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Commission,

       Defendant.


CLARKE, Magistrate Judge.

    The decision of the Commissioner is affirmed.

         DATED this ___17___ day of March, 2008.

         Mark D. Clarke
         United States Magistrate Judge

Judgment - 1